IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JIMMY W. WAGERS, )
 )
    Plaintiff, )
 )
v. ) CIVIL ACTION NO. CV204-180
 )
JO ANNE B. BARNHART, )
Commissioner of Social Security, )
 )
    Defendant. )

## ORDER

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which Plaintiff filed Objections and Defendant filed a Response. In his Objections, Plaintiff asserts that the Magistrate Judge ignored the Commissioner's Regulations in determining that he could perform other work. Plaintiff contends that Rule 201.12 of the Grids directs a ruling of disabled that cannot be rebutted by a vocational expert. Plaintiff avers that the Court should reject the Magistrate's Judge's finding that the Administrative Law Judge's ("ALJ") residual functional capacity ("RFC") assessment is supported by substantial evidence. Plaintiff asserts that the ALJ committed reversible error by relying on outdated state agency opinions that did not address several more recent records.

In response, Defendant asserts that the ALJ correctly determined Plaintiff's RFC according to the Commissioner's Regulations. Defendant contends that the full range of light work may be performed from a seated position and the ALJ's assertion of a sit/stand

option allows Plaintiff to change positions from sitting to standing at will. Defendant avers that the Commissioner met her burden at step five of the sequential analysis. Defendant contends the use of a vocational expert is the preferred method of establishing that a plaintiff can engage in employment existing in the national economy.

Plaintiff's Objections are without merit. The Magistrate Judge correctly addressed the Plaintiff's Complaint by applying Social Security Regulations as interpreted by Eleventh Circuit precedent. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is authorized and directed to enter the appropriate judgment.

SO ORDERED, this 3rd day of Feb., 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)